UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

-vs-

Jesus Aranzubia-Quinones

　　　　　　　Defendant.

Case No. 2:22-mj-0800-vcf

____ FILED    ____ RECEIVED
✓ ORDER ENTERED   ____ SERVED ON
　　　　　　COUNSEL/PARTIES OF RECORD

OCT 1 8 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this __18th__ day of __October__, 2022

_____
UNITED STATES MAGISTRATE JUDGE

1